BENJAMIN McCLELLAN, RESPONDENT, v. GENERAL CASU-
ALTY AND SURETY COMPANY, APPELLANT.

Submitted February 11, 1927—Decided May 16, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 926.

For the respondent, *Paul M. Salsburg.*

For the appellant, *William Charlton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   11.

*For reversal*—None.